IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:09CV18

| | |
|---|---|
| ALBERT SPANGLER, **Plaintiff,** Vs. MARY HANNAH, and the INTERNAL REVENUE SERVICE, **Defendants.** | **J U D G M E N T** |

For the reasons stated in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the United States' motion to dismiss is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

Signed: July 15, 2009

Lacy H. Thornburg
United States District Judge